ACCEPTED
15-25-00088-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/18/2025 3:30 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00088-CV

IN THE COURT OF APPEALS

FOR THE FIFTEENTH JUDICIAL DISTRICT

AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/18/2025 3:30:28 PM
CHRISTOPHER A. PRINE
Clerk

IN RE: ASTRAZENECA PHARMACEUTICALS LP

*Relator*

Original Proceeding from the 71st Judicial District Court
in Harrison County, Texas
The Honorable Brad Morin, Presiding

## MOTION FOR LEAVE TO FILE SUR-REPLY IN FURTHER RESPONSE TO PETITION FOR WRIT OF MANDAMUS

Samuel F. Baxter
Jennifer L. Truelove
McKool Smith, P.C.
104 East Houston, Suite 300
Marshall, Texas 75670
(903) 923-9000
Fax: (903) 923-9099

Mark Lanier
Zeke DeRose
Jonathan Wilkerson
THE LANIER FIRM
10940 W. Sam Houston Pkwy N, Suite 100
Houston, TX 77064
(800) 723-3216
Fax: (713) 659-2204

*Attorneys for Plaintiffs and Real-Parties-in-Interest SCEF, LLC and Lynne Levin-Guzman*

Real-Parties-in-Interest ("Plaintiffs") respectfully request leave to file a short surreply in further response to Relator AstraZeneca Pharmaceuticals, LP's ("Astra") petition for writ of mandamus. The proposed surreply is attached hereto as Exhibit A.

In support of their motion, Plaintiffs state as follows:

- Prior to filing their response to Astra's mandamus petition, Plaintiffs amended their pleadings to add voluminous facts supporting venue in Harrison County.

- In their response to Astra's mandamus petition, Plaintiffs explained that (i) under Rule 65 of the Texas Rules of Civil Procedure, the filing of the amended petition moots Astra's mandamus petition; (ii) Astra's 20-month delay in seeking mandamus triggers laches; and (iii) Astra's petition fails because the record before the Court is different from that at issue in *In re Sanofi-Aventis U.S. LLC*, 711 S.W.3d 732 (Tex. App.—15th Dist. 2025, orig. proceeding), including because Astra waived certain arguments.

- In its reply in support of its mandamus petition, Astra (i) argues that this Court may not look to the operative pleading to resolve Astra's mandamus challenge; (ii) laches does not apply; and (iii) *Sanofi* is "on all fours" with this case and waiver does not apply.

1

Plaintiffs did not have an adequate opportunity to respond to Astra's reply arguments and thus this Court does not have the benefit of Plaintiffs' views on these questions. Plaintiffs respectfully seek leave to file the attached, eight-page surreply.

Plaintiffs sought Astra's consent to this motion for leave. Astra advised that it takes no position on the matter.

Dated: August 18, 2025                Respectfully submitted,

*/s/ Sam Baxter*
Samuel F. Baxter (co-lead counsel)
sbaxter@mckoolsmith.com
Jennifer L. Truelove
jtruelove@mckoolsmith.com
MCKOOL SMITH P.C.
104 East Houston, Suite 300
Marshall, Texas 75670
(903) 923-9000
Fax: (903) 923-9099

*/s/ Mark Lanier*
Mark Lanier (co-lead counsel)
Zeke DeRose
Jonathan Wilkerson
THE LANIER FIRM
10940 W. Sam Houston Pkwy N
Houston, TX 77064
(800) 723-3216
Fax: (713) 659-2204

***ATTORNEYS FOR PLAINTIFF/REAL-PARTY-IN-INTEREST HEALTH SELECTION GROUP, LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and

foregoing document has been served on August 18, 2025 to counsel of record.

*/s/ Samuel F. Baxter*
Samuel F. Baxter

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 104513977
Filing Code Description: Motion
Filing Description: MOTION FOR LEAVE TO FILE SUR-REPLY IN FURTHER RESPONSE TO PETITION FOR WRIT OF MANDAMUS
Status as of 8/18/2025 3:36 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kennon L.Wooten | | kwooten@scottdoug.com | 8/18/2025 3:30:28 PM | SENT |
| Angela Goldberg | | agoldberg@scottdoug.com | 8/18/2025 3:30:28 PM | SENT |
| Jonathan Wilkerson | 24050162 | jonathan.wilkerson@lanierlawfirm.com | 8/18/2025 3:30:28 PM | SENT |
| Melissa Smith | 24001351 | melissa@gillamsmithlaw.com | 8/18/2025 3:30:28 PM | SENT |
| William Peterson | 24065901 | willpete@gmail.com | 8/18/2025 3:30:28 PM | SENT |
| Samuel Baxter | 1938000 | sbaxter@mckoolsmith.com | 8/18/2025 3:30:28 PM | SENT |
| Brian McBride | 24002554 | scott.mcbride@morganlewis.com | 8/18/2025 3:30:28 PM | SENT |
| Zeke DeRose | 24057421 | zeke.derose@lanierlawfirm.com | 8/18/2025 3:30:28 PM | SENT |
| Jennifer Truelove | 24012906 | jtruelove@mckoolsmith.com | 8/18/2025 3:30:28 PM | SENT |
| Alex Brown | 24026964 | alex.brown@lanierlawfirm.com | 8/18/2025 3:30:28 PM | SENT |
| Lynne Kurtz-Citrin | 24081425 | lynne.kurtz-citrin@oag.texas.gov | 8/18/2025 3:30:28 PM | SENT |
| Jonathan Bonilla | 24073939 | Jonathan.Bonilla@hhs.texas.gov | 8/18/2025 3:30:28 PM | SENT |
| W. Mark Lanier | 11934600 | jrm@lanierlawfirm.com | 8/18/2025 3:30:28 PM | SENT |
| Heidi Rasmussen | 24090345 | heidi.rasmussen@morganlewis.com | 8/18/2025 3:30:28 PM | SENT |
| Nadia Burns | 24041176 | nadia.burns@oag.texas.gov | 8/18/2025 3:30:28 PM | SENT |
| Ruth Adams | | radams@scottdoug.com | 8/18/2025 3:30:28 PM | SENT |
| Paige Cheung | 24116193 | paige.cheung@oag.texas.gov | 8/18/2025 3:30:28 PM | SENT |
| Steve McConnico | | smcconnico@scottdoug.com | 8/18/2025 3:30:28 PM | SENT |
| Jordan Kadjar | | jkadjar@scottdoug.com | 8/18/2025 3:30:28 PM | SENT |
| John Dodds | | john.dodds@morganlewis.com | 8/18/2025 3:30:28 PM | SENT |
| Erica Jaffe | | erica.jaffe@morganlewis.com | 8/18/2025 3:30:28 PM | SENT |
| W. Mark Lanier | | WML@LanierLawFirm.com | 8/18/2025 3:30:28 PM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 104513977
Filing Code Description: Motion
Filing Description: MOTION FOR LEAVE TO FILE SUR-REPLY IN FURTHER RESPONSE TO PETITION FOR WRIT OF MANDAMUS
Status as of 8/18/2025 3:36 PM CST

Case Contacts

| | | | | |
|---|---|---|---|---|
| W. Mark Lanier | | WML@LanierLawFirm.com | 8/18/2025 3:30:28 PM | SENT |
| Vivian Egbu | | vivian.egbu@oag.texas.gov | 8/18/2025 3:30:28 PM | SENT |
| Lauren Sibley | | lauren.sibley@oag.texas.gov | 8/18/2025 3:30:28 PM | SENT |
| Steven Strauss | | steven.strauss@morganlewis.com | 8/18/2025 3:30:28 PM | SENT |
| joel leach | | jleach@mckoolsmith.com | 8/18/2025 3:30:28 PM | SENT |
| denise lopez | | dlopez@mckoolsmith.com | 8/18/2025 3:30:28 PM | SENT |
| Cynthia Lu | | cynthia.lu@oag.texas.gov | 8/18/2025 3:30:28 PM | ERROR |
| Angel Devine | | adevine@mckoolsmith.com | 8/18/2025 3:30:28 PM | SENT |
| Radu Lelutiu | | rlelutiu@mckoolsmith.com | 8/18/2025 3:30:28 PM | SENT |
| Ryan McCarthy | | ryan.mccarthy@morganlewis.com | 8/18/2025 3:30:28 PM | SENT |
| Bradie Williams | | bradie.williams@morganlewis.com | 8/18/2025 3:30:28 PM | SENT |
| Joshua Morrow | | josh@lkcfirm.com | 8/18/2025 3:30:28 PM | SENT |
| Scott Keller | | scott@lkcfirm.com | 8/18/2025 3:30:28 PM | SENT |
| Andrew Davis | | andrew@lkcfirm.com | 8/18/2025 3:30:28 PM | SENT |
| Cathy Hodges | | catherine.hodges@aporter.com | 8/18/2025 3:30:28 PM | SENT |